United states District Court For The District
Of Massachusetts

Luis Rivera Jr,
Petitoner

v.

David Nolan,
Respondent

Civil Action

No. 04-12717-RCL

## NOTICE OF CHANGE OF ADDRESS

Plaintiff Rivera hereby notifies this court that, as of MAY 19, 2005 his address is: PO BOX 43, Norfolk, Mass 02056.

Submitted by,

*[signature]*

Luis Rivera Jr.
PO BOX 43
Norfolk, Mass 02056.

cc: Cathryn A. Neaves
    File