UNITED STATES DISTRICT OFFICE
For THE
DISTRICT oF MASSACHUSETTS

Luis Rivera, Petitioner,

V.

DAVID NOLAN,
   Respondent.

NO. 04-12717-RCL

Petitioner's Motion For Leave to AMENd/or Supplement the Pleadings

  Now Comes Petitioner Luis F. Rivera Jr in The Above-Entitled Matter, and he does hereby Respectfully, move this Honorable Court pursuant to Fed. R. Civ. P. 15(a)+(d), To Amend and/or Supplement the pleadings For the Reasons Stated their in Petitioner's Affadivit.

  Where fore, Petitioners prays that this Honorable court Alloweds Petitioner's Motion For Leave to Amend and/or supplement the pleadings.

Respectfully Submitted
by The Petitioner

*Luis F. Rivera Jr*
Luis F. Rivera Jr