UNITED STATE DISTRICT OFFICE
For The
DISTRICT OF MASSACHUSETTS

Luis F. Rivera Jr
    Petitioner,

v.                                  No. 04-12717-RCL

David Nolan
    Respondent.

Affidavit of Luis F. Rivera Jr

I Luis Rivera depoes and state That Everything in this Affidavit is True to the best of my knowledge.

1). On May 19, 2005. I was moved to MCI Norfolk from MCI CJ. Where I met up with my Co-defendant Raymond Rebellos

2) I Learn that Mr Rebello was granted a Hearing in the Superior court by Judge Constance M. Sweeney.

3) I then proceed to get information from his hearing about the bail Deal of Mr Pacheco and his Dismisal of Murder charges that were Part of his deal. (see Enclosed).

4) I Also Find out that Justice Francis X. Spina was the Judge who Dismiss Mr Pacheco Murder charges wich completed the Deal.
(See Enclosed).

5) I Find this to be Bias in the Part of Justice Spina
    Proceed -Next R.

because Justice Martha B. Sosman was my original gatekeeper in the SJC.
(See Enclosed)

6) Justice Sosman gave me Ruling on August 5, 2004. and on September 14 2004.
(See Enclosed)

7) Then out of no where Justice Spina denied my gatekeeper Petitions, saying that its not new and Subtantial, when my co-defendent has a diffrent Judge granting him a Hearing in the same trial court.   (See Enclosed)

8) How can I not feel Bias by this Judge who has he's hand all over this case from the beggining; I think he should of excuse himself for the Purpose of Justice.

9) I believe That I have been Prejudice with all of thee Above.

Sign and sworn under Pain and Penalty of Pejury

Respectfully submitted.        Luis F. Rivera Jr

                                Luis F. Rivera



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK
CASE INFO (617) 557-1100
BAR INFO (617) 557-1050

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ  (617) 557-1184
GEORGE E. SLYVA  (617) 557-1185
ERIC B. WETZEL  (617) 557-1186
FAX  (617) 557-1033

August 31, 2004

Luis Rivera
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA 02071

RE:  No. SJ-2004-0338

COMMONWEALTH
    vs.
LUIS RIVERA

Hampden Superior Court
No. HDCR1991-02247

NOTICE OF DOCKET ENTRY

You are hereby notified that on August 5, 2004, the following was entered on the docket of the above referenced case:

MOTION For Assignment Of Counsel With Leave To Late File For Good Cause, filed by Luis Rivera, pro se. (08/31/04 MOTION for Assignment of Counsel with Leave to Late File for Good Cause is DENIED WITHOUT HEARING. By the Court. (Sosman, J.))

Maura S. Doyle, Clerk

To:  Luis Rivera
     Jane Davidson Montori, Assistant District Attorney
     Hampden Superior Court Dept.

```
***************************************************
***   THIS CASE CONTAINS IMPOUNDED MATERIAL   ***
***************************************************
```

```
09/13/04              COMMONWEALTH OF MASSACHUSETTS                    Page 1
                         SUPREME JUDICIAL COURT
                           FOR SUFFOLK COUNTY

                              SJ-2004-0338

                      COMMONWEALTH vs. LUIS RIVERA
```

```
   ENTRY DATE 08/05/04          CASE STATUS Active: Case Filed
   STATUS DATE 08/05/04               NATURE Gatekeeper   c 278 s 33E
       JUSTICE                     SUB NATURE Mot for New Trial
   PET ROLE L CT defendant     TC DISPOSITION Motion denied
   SJ DISPO DATE                SJ DISPOSITION
     LEAD CASE                        RELATION
   TRIAL JUDGE Ford D.A.             TRIAL CT Hampden Superior Court
   TC ENTRY DATE              TC RULING DATE 11/20/03         CLERK LCA
   TC DOCKET NO HDCR1991-0224 FC/OE DKT NO SJC-06734         PUBLIC p
```

Luis Rivera
Pro Se Defendant/Petitioner
MCI-Cedar Junction
P.O. Box 100
S. Walpole MA 02071
Active 08/05/04 Notify

Commonwealth                                Jane Davidson Montori
Plaintiff/Respondent                        Assistant District Attorney
Active 08/05/04                             Office of the District Attorney/Hampde
                                            Chief, Appellate Division
                                            Hall of Justice, 50 State Street
                                            Springfield MA 01102-0559
                                            Phone: 413-452-1103
                                            Fax: 413-781-4745
                                            546543 Active 08/05/04 Notify

Hampden Superior Court Dept.
(Lower Court: criminal)
Clerk for Criminal Business
50 State Street - P.O. Box 559
Springfield MA 01102
Phone: 413-735-6035 FAX: 413-737-1611
Active 08/05/04 Notify

```
                        * * *   D O C K E T   * * *
-------------------------------------------------------------------------------
PAPER DATE      ENTRY
------ --------  --------------------------------------------------------------

       08/05/04  Case entered.

  1.0  08/05/04  Affidavit Of Indigency And Request For Waiver, Substitution Or
                 State Payment Of Fees And Costs filed. (IMPOUNDED PAPER)

       08/05/04  Filing fee waived. (Per lca)
```

```
*****************************************************
***   THIS CASE CONTAINS IMPOUNDED MATERIAL   ***
*****************************************************
```

| | | |
|---|---|---|
| 09/13/04 | COMMONWEALTH OF MASSACHUSETTS<br>SUPREME JUDICIAL COURT<br>FOR SUFFOLK COUNTY | Page 2 |

SJ-2004-0338

COMMONWEALTH vs. LUIS RIVERA

### * * *  D O C K E T  * * *

---

| PAPER | DATE | ENTRY |
|---|---|---|
| 2.0 | 08/05/04 | C. 278, s 33E Application For Leave To Appeal Summary Denial Of First New Trial Motion To The Full Court With Assignment Of Counsel Or To Remand For Findings And Evidentiary Hearing, filed by Luis Rivera, pro se with attachments and certificate of service. |
| 3.0 | 08/05/04 | MOTION For Assignment Of Counsel With Leave To Late File For Good Cause, filed by Luis Rivera, pro se. (08/31/04 MOTION for Assignment of Counsel with Leave to Late File for Good Cause is DENIED WITHOUT HEARING. By the Court. (Sosman, J.)) |
| 4.0 | 08/05/04 | MOTION For Leave Of Court To Add To The Record Affiavit Of Francis Pabon, filed by Luis Rivera, pro se with attachment and certificate of service. |
| 5.0 | 08/05/04 | COPY of letter to Mr. Luis Fernando Rivera from William J. Leahy, Chief Counsel stating "...We have decided not to assign a lawyer to represent you..." |
| 6.0 | 08/19/04 | Letter to Maura S. Doyle, Clerk from ADA Jane Davidson Montori saying.."It is the Commonwealth's intention to oppose the defendant's petition for leave to appeal under G.L. c. 278, s. 33E and to file its opposition on or before Nobember 1, 2004, unless directed otherwise by the Court......" |
| 7.0 | 08/25/04 | Defendant-Appellant's Motion for Disposition on His Motion for Assignment of Counsel filed by Luis Rivera pro se with certificate of service. (see endorsement on paper no. 3) |
| 8.0 | 08/31/04 | Notice to counsel/parties: regarding paper number 3 filed. |
| 9.0 | 09/09/04 | Letter to SJC Clerk Maura Doyle from Luis Rivera, pro se stating "... I am requesting you send me a copy of my #04-0338 docket entries...Please bring this letter to the attention of Justice Sosman in form of pro se request for reconsideration of her denial of counsel..." |
| | 09/13/04 | An updated docket sheet was mailed to Mr. Luis Rivera as requested. (see paper no. 9) (ml) |



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK
CASE INFO (617) 557-1100
BAR INFO (617) 557-1050
FAX (617) 557-1145

September 14, 2004

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ (617) 557-1184
GEORGE E. SLYVA (617) 557-1185
ERIC B. WETZEL (617) 557-1186
FAX (617) 557-1033

Luis Rivera
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA 02071


RE:  No. SJ-2004-0338

     COMMONWEALTH
         vs.
     LUIS RIVERA

     Hampden Superior Court
     No. HDCR1991-02247


                 NOTICE OF DOCKET ENTRY

     You are hereby notified that on September 14, 2004, the following was entered on the docket of the above referenced case:

MODIFIED ORDER:...."it is ORDERED that the leave to late file the application is ALLOWED without hearing." (Sosman, J.)

                                    Maura S. Doyle, Clerk


To:  Luis Rivera
     Jane Davidson Montori, Assistant District Attorney
     Hampden Superior Court Dept.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. SJ-2004-0338

Hampden Superior Court
No. HDCR1991-02247

**COMMONWEALTH**

vs.

**LUIS RIVERA**

**MODIFIED ORDER**

A pleading entitled "Motion for assignment of counsel with leave to late file for good cause" was filed by the defendant. Thereafter the defendant filed a motion for disposition on his motion for assignment of counsel.

I denied the motion for appointment of counsel on August 31, 2004, but did not address the aspect of the motion seeking leave to late file the application for leave to appeal. Upon consideration thereof, it is ORDERED that the leave to late file the application is ALLOWED without hearing.

Martha B. Sosman
Associate Justice

Entered: September 14, 2004



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
ONE BEACON STREET, 4TH FLOOR
BOSTON, MASSACHUSETTS 02108
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK
CASE INFO (617) 557-1100
BAR INFO (617) 557-1050
FACSIMILE (617) 523-1540

December 14, 2004

ASSISTANT CLERKS
LILLIAN C. ANDRUSZKIEWICZ  (617) 557-1184
GEORGE E. SLYVA  (617) 557-1185
ERIC B. WETZEL  (617) 557-1186
FAX  (617) 557-1033

Luis Rivera
MCI-Cedar Junction
P.O. Box 100
S. Walpole, MA 02071

RE:  No. SJ-2004-0338

     COMMONWEALTH
         vs.
     LUIS RIVERA

     Hampden Superior Court
     No. HDCR1991-02247

NOTICE OF DOCKET ENTRY

You are hereby notified that on December 14, 2004, the following was entered on the docket of the above referenced case:

Memorandum and Order...."The defendant's petition is hereby DENIED." (**Spina, J.**)

*Maura S. Doyle*, Clerk

To:  Luis Rivera
     Jane Davidson Montori, Assistant District Attorney
     Hampden Superior Court Dept.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                    SUPREME JUDICIAL COURT
                                                                FOR SUFFOLK COUNTY
                                                                No. SJ-2004-0338

                                                                SUPERIOR COURT DEPARTMENT
                                                                HAMPDEN COUNTY
                                                                NOS. HDCR1991–2247 TO 2251

COMMONWEALTH

*vs.*

LUIS RIVERA

MEMORANDUM AND ORDER

The defendant, Luis Rivera, has filed a petition for leave to appeal under G. L. c. 278, § 33E, from the denial of his first motion for a new trial. All the arguments raised in the defendant's motion could have been raised earlier, and therefore are not "new and substantial" issues within the meaning of G. L. c. 278, § 33E. See *Commonwealth* v. *Ambers*, 397 Mass. 705, 708 (1986).

The defendant's petition is hereby DENIED.

                                                        By the Court,

                                                        _____
                                                        Francis X. Spina
                                                        Associate Justice

ENTERED:   December __14, 2004

Hampden Division  
Superior Court Department  
William J. Martin Jr.  
Clerk/Magistrate

PAGE 2  
CLERK'S LOG

Case No. __91-2243__  28

COMMONWEALTH V.     JOSE ANTONIO PACHECO, ALIAS

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 7-10-92 | Sweeney | Status Report 10-30-92 | Eason | Tape |
| 2-16-93 | Moriarty | For possible plea 2-18-93 | Eason | Torruella |
| 2-18-93 | Moriarty | Status Report 2-22-93 | Eason | Parker |
| 2-22-93 | Moriarty | Motion Hearing 4-14-93 | Eason | Santingo |
| 5/25/93 | Spina | Cont'd to 6/1/93 mot. hearing | Martin | Grier |
| 6-1-93 | Spina | Case ordered Dismissed by the court | Eason | Freek |

True copy.  
Attest:  
_William L Eason_  
Assistant Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

CLERK'S LOG

Case No. 91 _2243_   29

COMMONWEALTH   v.

JOSE ANTONIO PACHECO, ALIAS

Assistant District Attorney _____

Attorney for Defendant _____

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 9-4-91 | --- | Order to Notify. | | |
| 9/6/91 | Alberti, J | PLEA: P.N.G.  BAIL: $1,000,000 C/S w/o prej. Date of: Pretrial Conference: 9/16/91 | Eason | Freer |
| 9/16/91 | Ford, J. | Attys Conference 9/24/91 | Eason | Freer |
| 10/1/91 | Ford J | Motion Heard | Martin | Freer |
| 11-25-91 | Ford | After a Review of Bail court sets Bail at 500,000.c/s on this indictment | Eason | Sullivan |
| 3/2/92 | Sweeney J | This case along with all co-defts is assigned to Judge Ford crim status 4/6/92 by order of the Court | Eason | Freer |
| 7/2/92 | Ford J | Rule 36 waiver approved cont to 10/30/92 - Rel on personal sureties of $75,000.00 - Special condition - deft. report 3 days weekly to Holyoke Armory. | Morgan | Joel |
| 7-6-92 | Ford | Bail Remains at 75,000 personal surety But the 3 days weekly Reporting to Holyoke Armory is ordered vacated | Eason | Tape |

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                 SUPERIOR COURT
                                             INDICTMENT NO. 91 2243  30

COMMONWEALTH

vs.

JOSE ANTONIO PACHECO
WHO ALSO IS KNOWN AS CARLOS

---

INDICTMENT
MURDER
GENERAL LAWS CHAPTER 265, SECTION 1

---

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of September 1991. THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOSE ANTONIO PACHECO
WHO ALSO IS KNOWN AS CARLOS

defendant herein, of HOLYOKE in the COUNTY of HAMPDEN, on or about August 24, 1991, at HOLYOKE in the COUNTY of HAMPDEN, did assault and beat Guillermo Santiago with intent to murder him, and by such assault and beating did kill and murder the said Guillermo Santiago.

A TRUE BILL

_____         _____
Foreman of the Grand Jury          District Attorney

---
RETURN

HAMPDEN, ss.  On this 4th day of Sept, 1991, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:
                                   _____
                                   Assistant Clerk

07991

A true copy.

Attest: _____
        Assistant Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

CLERK'S LOG

Case No. __91 2244 31__

COMMONWEALTH   v.

__JOSE ANTONIO PACHECO, ALIAS__

Assistant District Attorney
_____

Attorney for Defendant
_____

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 9-4-91 | --- | Order to Notify. | | |
| 9/6/91 | Alberti, J | PLEA: P.N.G.  BAIL: Held w/o Right to Bail w/o plea. | Eason | Freer |
| | | Date of: Pretrial Conference: | | |
| 11-25-91 | Ford | After a Review of Bail the court sets Bail on this indictment at 500,000 cls | Eason | Sullivan |
| 7/2/92 | Ford J | (See # 91-2243 Bail conditions the same—) | Ferguson | Tape |
| 7-6-92 | ~~Ford~~ | | | |
| 7-6-92 | Ford | See # 91-2243 Bail conditions the same | Eason | Tape |
| 6-1-93 | Spina | Dismissed by order of the court | Eason | Freer |

~~A true copy.~~
Attest:
_William L Eason_
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.  SUPERIOR COURT  32
INDICTMENT NO. 91 2244

COMMONWEALTH

VS.

JOSE ANTONIO PACHECO
WHO ALSO IS KNOWN AS CARLOS

INDICTMENT
MURDER
GENERAL LAWS CHAPTER 265, SECTION 1

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of September 1991. THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOSE ANTONIO PACHECO
WHO ALSO IS KNOWN AS CARLOS

defendant herein, of HOLYOKE in the COUNTY of HAMPDEN, on or about August 24, 1991, at HOLYOKE in the COUNTY of HAMPDEN, did assault and beat Angel L. Carcano with intent to murder him, and by such assault and beating did kill and murder the said Angel L. Carcano.

A TRUE BILL

_____   _____
Foreman of the Grand Jury         District Attorney

RETURN

HAMPDEN, ss. On this 4th day of Sept, 1991, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST:                           _____
                                  Assistant Clerk

07991

A true copy.

Attest:

_____
Assistant Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

**CLERK'S LOG**

Case No. **91 2245**  33

COMMONWEALTH     v.

JOSE ANTONIO PACHECO, ALIAS

_____
Assistant District Attorney

_____
Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 7/6/91 | Alberti, J | PLEA: P.N.G.   BAIL: Date of: Pretrial Conference: | Eason | Freer |
| 6-1-93 | Spina | Dismissed by order of the court | Epson | Freer |

A true copy.

Attest: _William d. _____
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                    SUPERIOR COURT
                                                INDICTMENT NO. 91 2245

34

COMMONWEALTH

VS.

JOSE ANTONIO PACHECO
who also is known as CARLOS

---

INDICTMENT
CONSPIRACY TO MURDER
GENERAL LAWS CHAPTER 274, SECTION 7 AND COMMON LAW

---

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of September 1991. THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOSE ANTONIO PACHECO
who also is known as CARLOS

defendant herein, of Holyoke, in the County of Hampden, beginning at a time unknown to the grand jury, but at least during or about August 1991, and continuing thereafter until on or about August 24, 1991, the exact dates being unknown to the grand jury, at Holyoke within the County of Hampden, did knowingly and intentionally combine, conspire, confederate and agree with Luis Fernando Rivera, Jr., who also is known as The Kid, Raymond Rios Rebello, who also is known as Ray Ray, Luiz Hernandez, Iran Diaz, who also is known as Cholo, and with other persons whose identities presently are not known to the grand jury to commit an offense against the Commonwealth, namely to murder Guillermo Santiago, in violation of General Laws chapter 265, section 1.

All in violation of the Common Law and General Laws chapter 274, section 7.

A TRUE BILL

_____          _____
Foreman of the Grand Jury        District Attorney

---
RETURN
---

HAMPDEN, ss.  On this 4th day of Sept, 1991, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.
ATTEST:
                                 _____
                                 Assistant Clerk

08021

A true copy.
Attest:
_____
           Clerk

Hampden Division
Superior Court Department
William J. Martin, Jr.
Clerk/Magistrate

CLERK'S LOG

Case No. **91 2246** 35

COMMONWEALTH  v.

JOSE ANTONIO PACHECO, ALIAS

Assistant District Attorney

Attorney for Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|
| 9/6/91 | Albert, J | PLEA: P.N.G.  BAIL:<br>Date of:<br>Pretrial Conference: | Eason | Freer |
| 6-1-93 | Spina | Dismissed by order of the court | Epson | Freer |

true copy.
Attest: William L Eason
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.
SUPERIOR COURT
INDICTMENT NO.
91 2246

36

COMMONWEALTH

VS.

JOSE ANTONIO PACHECO
who also is known as CARLOS

INDICTMENT
CONSPIRACY TO MURDER
GENERAL LAWS CHAPTER 274, SECTION 7 AND COMMON LAW

At the SUPERIOR COURT, begun and holden at SPRINGFIELD, within and for the COUNTY of HAMPDEN, on the first Monday of September 1991. THE JURORS for the Commonwealth of Massachusetts on their oath present that:

JOSE ANTONIO PACHECO
who also is known as CARLOS

defendant herein, of Holyoke, in the County of Hampden, beginning at a time unknown to the grand jury, but at least during or about August 1991, and continuing thereafter until on or about August 24, 1991, the exact dates being unknown to the grand jury, at Holyoke within the County of Hampden, did knowingly and intentionally combine, conspire, confederate and agree with Luis Fernando Rivera, Jr., who also is known as The Kid, Raymond Rios Rebello, who also is known as Ray Ray, Luiz Hernandez, Iran Diaz, who also is known as Cholo, and with other persons whose identities presently are not known to the grand jury to commit an offense against the Commonwealth, namely to murder Angel L. Carcano, in violation of General Laws chapter 265, section 1.

All in violation of the Common Law and General Laws chapter 274, section 7.

A TRUE BILL

_____          _____
Foreman of the Grand Jury           District Attorney

RETURN

HAMPDEN, ss.   On this 4th day of Sept, 1991, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.
ATTEST:
_____
Assistant Clerk

08021

true copy.

Attest:
_____
Assistant Clerk