UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LUIS RIVERA**

V.                                              **CIVIL ACTION NO. 04-12717-RCL**

**DAVID NOLAN**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

     In accordance with the Court's Order of <u>June 17, 2005</u> allowing the motion to dismiss of the respondent, Judgment is hereby entered as follows: <u>Judgment for the respondent, David Nolan</u> dismissing this action.

June 21, 2005                                    /s/ Lisa M. Hourihan
                                                                  Deputy Clerk