UNITED STATES DISTRICT COURT
DSTRICT OF MASSACHUSETTS

CIVIL ACTION

LUI RIVERA, :
    PETITIONER :
     :
V. :
     :
DAVID NOLAN, :
    RESPONDENT   NO. 04-12717-RCL

<u>MOTION TO WITHDRAW MOTION FOR AMENDMENT OF JUDGMENT
PURSUANT TO RULE 59(a)(2)(e)</u>

Now comes the petitioner Luis Rivera, acting pro se, hereby moves this Honorable Court to grant him leave to withdraw his previously filed motion For Amendment of Judgment Pursuant to Rule 59. In support thereof the petitioner states that said motion is premature and at odds to his present Writ of Habeas Corpus.

WHEREFORE, the petitioner respectfully requests that this Honorable Court grant freely petitioners petitioners request for basic fairness and justice to withdraw his Rule 59 Motion without prejudice.

                              Respectfully Submitted
                              By The Petitioner

                              Luis Rivera   pro se
                              MCI Norfolk
                              P.O.Box 43
                              Norfolk, Mass. 02056

Date: July 6th, 2005