UNITED STATES DISTRICT COURT For the
DISTRICT of MASSACHUSETTS

Luis F. Rivera Jr, Pro SE
Petitioner
          V.                              CASE NO 1:04-CV-12717-RCL

David Nolan, Superintendent
Massachusetts Correctional Institution
Cedar Junction,

Respondent

## NOTICE of APPEAL

Notice is Hereby given that petitioner Luis Rivera Hereby Appeals to the United States Court of Appeals for the First Circut from the Judgment Court's denial of Petition for writ of Habeas corpus And denial of Motion for Reconsideration of petition for writ of Habeas Corpus, Enter on 09/08/2005.

September 14, 2005.

                              Respectfully Submitted by

                              *Luis F. Rivera Jr.*
                              Luis F. Rivera Jr. Pro-SE
                              MCI Norfolk
                              P.O. Box 43
                              Norfolk, MASS. -02056-

CASE NO 1:04-CV-12717-RCL

Luis F. Rivera Jr, Pro-SE

Certificate of Service

I Luis Rivera certify that on the 14 day of September, 2005. I served a True copy of my Notice of Appeal upon The office of MASS Attorney General by first class Mail

September 14, 2005.

Respectfully Submitted by

*Luis F. Rivera J.*
Luis F. Rivera Jr, Pro-se
MCI Norfolk
P.O. Box 43
Norfolk, MASS. 02056.