UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

)
LUIS RIVERA,                         )
                                     )
    PETITIONER,                      )
                                     )
V.                                   )    C.A. NO: 04-12717-RCL
                                     )
DAVID NOLAN, SUPERINTENDENT,         )
                                     )
    RESPONDENT                       )
                                     )

PETITIONER'S MOTION FOR LEAVE
TO APPEAL IN FORMA PAUPERIS

Now comes the Petitioner, Luis Rivera, pro-se in the above entitled action, and respectfully moves pursuant to Fed.R.App.P. 24 that this Honorable Court allow him Leave to Appeal In Forma Pauperis.

As reasons for the instant request, Petitioner respectfully submits the following for this Court's consideration:

1.) Petitioner has filed a timely Notice of Appeal from this Court's denial of his 28 USC § 2254 Petition for Writ of Habeas Corpus (ORDER entered 6/17/05).

2.) Petitioner has sought a Certificate of Appealability from this Court pursuant to 28 USC §2253 (c) (2) and Local Rule 22.1, as well as at the direction of the U.S. Court of Appeals September 28, 2005 ORDER, which this Court <u>denied</u> on October 28, 2005.

3.) Petitioner has been directed by ORDER of the U.S. Court of Appeals (entered November 15, 2005) to submit the within Motion to this Court (with applicable attachments, i.e. Form 4 and Certified Prison Account Statement) by December 5, 2005.

RIVERA v. NOLAN, C.A. No:04-12717-RCL

Petitioner's Motion For Leave To Appeal In Forma Pauperis

Page 2 of 2 pages

4.) Petitioner is Indigent and unable to pay the required $255.00 docketing fees.

5.) Petitioner respectfully submits that he has meritorious grounds for appellate review (as briefly stated in the attached Affidavit filed herewith).

WHEREFORE, for the reasons stated above and in the interests of justice, Petitioner prays that this Honorable Court will allow the instant Motion.

Respectfully submitted by:

*Luis F. Rivera*

Luis F. Rivera, pro-se
MCI-Norfolk
2 Clark Street, P.O. Box 43
Norfolk, MA 02056-0043

Dated: November 22, 2005

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 04-cv-12717-RCL
Appeal No. 05-2418

LUIS RIVERA (Petitioner/Appellant)
v.
DAVID NOLAN, SUPERINTENDENT (Respondent/Appellee)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *Luis H. Rivera*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 11-22-05

My issues on appeal are:

(Please see Attachment)

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Prison employment Employment (above) | $ 100.00 aprox | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts (family/friends) | $ 240.00 aprox. | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ 60-70.00 every 3 months approx. | $ N/A | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| MCI-Cedar Junction | P.O. Box 100 S.Walpole MA 02071 | 1-1-05 to 6-1-05 | $40.00 aprox. |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ _-0-_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| MCI-Norfolk | prison | $ 19.82 | $ N/A |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** | (Value) | **Other real estate** | (Value) | **Motor Vehicle #1** | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| N/A | | N/A | | Model: N/A | |
| N/A | | N/A | | Registration#: N/A | |
| **Motor Vehicle #2** | (Value) | **Other assets** | (Value) | **Other assets** | (Value) |
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No  N/A |  |  |
| Is property insurance included? ☐ Yes ☐ No  N/A |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ N/A | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Other: hygiene items not supplied by DOC | $ 60.00 approx. | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly expenses:** | $ 60.00 aprox. | $ N/A |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No          If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes ☒ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
          N/A

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
          N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
          Incarcerated for life

5

*13. State the address of your legal residence.*
MCI-Norfolk  2 Clark St., P.O. Box 43 Norfolk, MA 02056-0043

Your daytime phone number: (____) ___N/A___
Your age: __36__        Your years of schooling: __12 (G.E.D.)__

Attachment to Affidavit  To Accompany Motion For Leave To Appeal In Forma Pauperis

**RIVERA v. NOLAN**

District Court No: 04-cv-12717-RCL

Appeals Court No: 04-2418

*[signature: Luis F. Rivera]*

My issues on appeal are:

1.) Ineffective assistance of appellate counsel by omission of meritorious appellate grounds on direct appeal;

2.) Conviction unlawfully obtained due to two related misstatements of proof beyond a reasonable doubt in prosecutor's closing argument and jury instructions;

3.) Ineffective assistance of trial counsel for failure to object and failure to call necessary witnesses for defense;

4.) Conviction unlawfully obtained by prosecutor's knowing and deliberate presentation of false testimony and concealment of exculpatory evidence

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

Inmate Name............     RIVERA       LUIS

Commitment number....    W52832

Period encompassed....    5/1/2005 THRU    11/1/2005

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 32.78 | 13.23 | 46.01 |
| 20% of Six Month Average Daily Balance | 9.20 | | |
| Total Expenditures for Period | | | 263.21 |
| Total Income for Period | | | 212.10 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 10:51 AM

Date: 11/18/05

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

_Court_

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20051117 15:29

Page : 1

| Commit# : | W52832 | | | | MCI NORFOLK | | | | |
| Name : | RIVERA, LUIS, JR, F. | | | Statement From | 20050501 | | | | |
| Inst : | MCI NORFOLK | | | To | 20051101 | | | | |
| Block : | 2-2 | | | | | | | | |
| Cell/Bed : | 107/B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,992.94 | $2,916.87 | $7.60 | $7.60 |
| 20050502 22:30 | CN - Canteen | 4536229 | | CJ | Canteen Date : 20050502 | $0.00 | $22.56 | $0.00 | $0.00 |
| 20050509 22:30 | CN - Canteen | 4573844 | | CJ | Canteen Date : 20050509 | $0.00 | $28.43 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589064 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20050519 10:14 | PY - Payroll | 4644454 | | CJ | 20050501 To 20050507 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050519 10:14 | PY - Payroll | 4644455 | | CJ | 20050501 To 20050507~Corrected Payroll 20050410 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050519 10:14 | PY - Payroll | 4644456 | | CJ | 20050501 To 20050507~Corrected Payroll 20050417 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050519 10:14 | PY - Payroll | 4644457 | | CJ | 20050501 To 20050507~Corrected Payroll 20050424 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050519 13:55 | TI - Transfer from Institution | 4644779 | | CJ | | $0.00 | $81.22 | $0.00 | $0.00 |
| 20050519 13:55 | TI - Transfer from Institution | 4644780 | | NOR | | $81.22 | $0.00 | $0.00 | $0.00 |
| 20050525 23:15 | PY - Payroll | 4675050 | | CJ | 20050508 To 20050514 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050525 23:15 | TI - Transfer from Institution | 4675051 | | CJ | Associate Receipt Number is 4675050 | $0.00 | $7.00 | $0.00 | $0.00 |
| 20050525 23:15 | TI - Transfer from Institution | 4675053 | | CJ | Associate Receipt Number is 4675050 | $0.00 | $0.00 | $0.00 | $7.00 |
| 20050525 23:15 | TI - Transfer from Institution | 4675052 | | NOR | Associate Receipt Number is 4675050 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050525 23:15 | TI - Transfer from Institution | 4675054 | | NOR | Associate Receipt Number is 4675050 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050525 23:15 | PY - Payroll | 4675055 | | CJ | 20050508 To 20050514 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4680618 | | NOR | Canteen Date : 20050526 | $0.00 | $35.60 | $0.00 | $0.00 |
| 20050601 23:10 | PY - Payroll | 4705259 | | CJ | 20050515 To 20050521 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050601 23:10 | TI - Transfer from Institution | 4705262 | | CJ | Associate Receipt Number is 4705259 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20050601 23:10 | TI - Transfer from Institution | 4705263 | | NOR | Associate Receipt Number is 4705259 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050601 23:10 | PY - Payroll | 4705264 | | CJ | 20050515 To 20050521 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050601 23:10 | TI - Transfer from Institution | 4705260 | | CJ | Associate Receipt Number is 4705259 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050601 23:10 | TI - Transfer from Institution | 4705261 | | NOR | Associate Receipt Number is 4705259 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050608 23:11 | PY - Payroll | 4743582 | | CJ | 20050522 To 20050528 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050608 23:11 | PY - Payroll | 4743587 | | CJ | 20050522 To 20050528 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050608 23:11 | TI - Transfer from Institution | 4743586 | | NOR | Associate Receipt Number is 4743582 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20050608 23:11 | TI - Transfer from Institution | 4743585 | | CJ | Associate Receipt Number is 4743582 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20050608 23:11 | TI - Transfer from Institution | 4743583 | | CJ | Associate Receipt Number is 4743582 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050608 23:11 | TI - Transfer from Institution | 4743584 | | NOR | Associate Receipt Number is 4743582 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:40 | IS - Interest | 4750917 | | NOR | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20050609 16:40 | IS - Interest | 4750918 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20051117 15:29

| | | | Page | 2 |
|---|---|---|---|---|
| Commit#: | W52832 | MCI NORFOLK | | |
| Name: | RIVERA, LUIS, JR., F, | Statement From | 20050501 | |
| Inst: | MCI NORFOLK | To | 20051101 | |
| Block: | 2-2 | | | |
| Cell/Bed: | 107 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050620 09:41 | ML - Mail | 4804241 | | NOR | RAYMOND & NIDEA RIOS | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050620 09:41 | MA - Maintenance and Administration | 4804243 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050622 13:13 | IC - Transfer from Inmate to Club A/c | 4816261 | | NOR | JULIE DANIELE/ UPS  PROPERTY SHIPPING CHARGE - Z49  PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050622 13:14 | IC - Transfer from Inmate to Club A/c | 4816268 | | NOR | JOHN ADAM COURTHOUSE  PROPERTY SHIPPING CHARGE - Z49  PROPERTY SHIPPING CHARGE - Z49 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4831586 | | NOR | Canteen Date : 20050623 | $0.00 | $39.95 | $0.00 | $0.00 |
| 20050711 14:06 | IC - Transfer from Inmate to Club A/c | 4909588 | | NOR | U.S District Court  POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $5.06 | $0.00 | $0.00 |
| 20050711 14:03 | IC - Transfer from Inmate to Club A/c | 4909598 | | NOR | U.S District Court  POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $5.06 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4926257 | | NOR | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4926258 | | NOR | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20050714 22:30 | CN - Canteen | 4949666 | | NOR | Canteen Date : 20050714 | $0.00 | $34.38 | $0.00 | $0.00 |
| 20050721 22:30 | CN - Canteen | 4982115 | | NOR | Canteen Date : 20050721 | $0.00 | $25.41 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5041158 | | NOR | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5041159 | | NOR | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20050909 17:12 | IS - Interest | 5248873 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5248874 | | NOR | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20050916 12:42 | ML - Mail | 5294777 | 153 | NOR | NIDEA RIOS | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050916 12:42 | MA - Maintenance and Administration | 5294780 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050929 22:30 | CN - Canteen | 5357497 | | NOR | Canteen Date : 20050929 | $0.00 | $47.07 | $0.00 | $0.00 |
| 20050930 11:43 | IC - Transfer from Inmate to Club A/c | 5359419 | | NOR | MALIK AL-SHABAZZ MUSLIM CENTER - Z89  MALIK AL-SHABAZZ MUSLIM CENTER - Z89 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20051006 22:30 | CN - Canteen | 5395858 | | NOR | Canteen Date : 20051006 | $0.00 | $14.69 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5432139 | | NOR | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5432140 | | NOR | | $0.00 | $0.00 | $0.07 | $0.00 |
| | | | | | | $307.07 | $375.43 | $34.25 | $17.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $7.71 | $17.25 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20051117 15:29

Page : 3

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W52832 | | | MCI NORFOLK | |
| Name : | RIVERA, LUIS, JR , F. | | Statement From | 20050501 | |
| Inst : | MCI NORFOLK | | To | 20051101 | |
| Block : | 2-2 | | | | |
| Cell/Bed : | 107 /B | | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $10.25 | $19.82 | $0.00 | $0.00 | $0.00 | $0.00 |

## CERTIFICATE OF SERVICE

I, Luis F. Rivera, pro-se Petitioner in the matter of **RIVERA v. NOLAN**, **U.S. District Court No: 04-12717-RCL**, do hereby certify that a true and accurate copy of Petitioner's Motion For Leave To Appeal In Forma Pauperis, and Affidavit To Accompany Motion For Leave To Appeal In Forma Pauperis (w/attachments), has been served upon Maura D. McLaughlin, Assistant Attorney General at the Office of the Attorney General, One Ashburton Place, 18th Floor, Boston, Massachusetts 02108, by mailing same, 1st Class U.S. postage, prepaid on this 22nd day of November 2005.

Signed under the pains and penalties of perjury: _[signature]_

Luis F. Rivera
(Petitioner)