United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2007 AUG 28  P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Luis Rivera,           )
                       )
     v.                )    Civil Action No. 04-12717-RCL
                       )
David Nolan            )
                       )

(Motion of Reconsideration of Appointment
of Counsel Under the Criminal Justice Act.)

Dear Honorable Judge Richard G. Sterns:

   Because there is a new habeas panel being constituted under the Criminal Justice Act, in order to appoint counsel to all open pro se habeas cases.

   This was inform to me by attorney Chauncey B. Wood, who is on the panel which he recently applied to. I ask this court to reconsider appointing Mr. Wood to my case.

   Furthermore, I did not get any notice of the denial of appointed counsel and that Honorable Judge Sterns was now in charge of this case. I ask that you look into this.

   Thank you for your time and consideration.

                              Sincerely,

                              Luis F. Rivera, pro se

                              *Luis F. Rivera Jr.*

CC Luis Rivera
CC Chauncey B. Wood