United States District Court
District of Massachusetts

Luis Rivera,            )
                        )
    v.                  )   Civil Action No. 04-12717-RCL
                        )
David Nolan             )
                        )

(Motion of Reconsideration of Appointment
of Counsel Under the Criminal Justice Act.)

Dear Honorable Judge Richard G. Sterns:

   Because there is a new habeas panel being constituted under the Criminal Justice Act, in order to appoint counsel to all open pro se habeas cases.

   This was inform to me by attorney Chauncey B. Wood, who is on the panel which he recently applied to. I ask this court to reconsider appointing Mr. Wood to my case.

   Furthermore, I did not get any notice of the denial of appointed counsel and that Honorable Judge Sterns was now in charge of this case. I ask that you look into this.

   Thank you for your time and consideration.

                                        Sincerely,

                                        Luis F. Rivera, pro se

                                        [signature]

CC. Luis F. Rivera
C.C. Chauncey B. Wood

UNDER THE PAINS AND PENALTIES OF PERJURY

Dated: September 30, 2007

_____
Luis Rivera, pro-se

### CERTIFICATE OF SERVICE

I, Luis Rivera, do hereby certify that I caused to be served upon Ms. McLaughlin, Asst. Attorney General for the Commonwealth of Massachusetts a true copy of the above by manner of first class mail postage prepaid to One Ashburton Place, Boston, MA 02108, on this date.

Dated: September 30, 2007

_____
Luis Rivera