# United States District Court
# District of Massachusetts

LUIS RIVERA,
    Petitioner,

V.                            CIVIL ACTION NO. 2004-12717-RGS

DAVID NOLAN, Superintendent,
    Respondent.

## SCHEDULING ORDER

COLLINGS, U.S.M.J.

    The Court of Appeals has directed that the Court consider the Petitioner's argument that his petition is not time-barred because at the time he filed his Petition, one-year had not run from "…the date on which the factual predicate of [his] claims could have been discovered through the exercise of due diligence." 28 U.S.C. §2244(d)(1)(D).

    Accordingly, the petitioner shall file and serve, *on or before the close of business on Monday, December 24, 2007,* a memorandum setting forth the facts and law which form the basis of his assertion that "the factual predicate of [his]

claims could have been discovered through the exercise of due diligence" before one year of the date upon which he filed his Petition.

The respondent shall file and serve a brief in opposition to the petition's 2244(d)(1)(D) claim *on or before the close of business on Friday, January 11, 2008.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
November 20, 2007.   United States Magistrate Judge