UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS RIVERA, | ) |
|     Petitioner; | ) |
| v. | )   Civil Action No. 04-12717RGS |
| DAVID NOLAN, | ) |
|     Respondent: | ) |

PETITIONER'S MOTION FOR LEAVE TO FILE

PETITIONER'S TRAVERSE TO THE RESPONDENT'S
MEMORANDUM OF LAW IN OPPOSITION TO
PETITION FOR WRIT OF HABEAS CORPUS

The Petitioner, Luis Rivera pro-se (hereinafter "Rivera" or "Petitioner"), respectfully moves this Honorable Court to allow the submission of the above entitled traverse, pursuant to Rule 5 of the Rules Governing § 2254 Cases. Rivera asserts that the basis of his motion is defined within the traverse served contemporaneous to this motion.

Respectfully:

*[signature]*
Luis Rivera, pro-se
MCI Norfolk
P.O. Box 43

CERTIFICATE OF SERVICE

I, Luis Rivera, do hereby certify that I caused to be served upon Maura D. McLaughlin, Assistant Attorney General, a true copy of the Motion for Leave to file and accompanying Petitioner's Traverse to the Respondent's Memorandum of Law in Opposition to Petition for writ of Habeas Corpus, by manner of first class U.S. mail postage prepaid at, One Ashburton Place, Boston, MA 02108 on this date; July 8, 2008

SO CERTIFIED: _____
Luis Rivera

P.O. Box 43
Norfolk, MA 02056-0043